MCGUIREWOODS LLP
A. BROOKS GRESHAM (SBN 155954)
bgresham@mcguirewoods.com
TRACY EVANS MOYER (SBN 243212)
tmoyer@mcguirewoods.com
ERIKA L. PENNINGTON (SBN 246237)
epennington@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT
NEXTEL CORPORATION (special appearance),
Sprint Spectrum, L.P. and Sprint Solutions, Inc.

**FILED**

FEB 1 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BAISA LOCKHART and GENE LOCKHART, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS INC., SPRINT SPECTRUM LP, MINORCO LP, SWV TWO LP, and SPRINT SPECTRUM HOLDING COMPANY LP,<br><br>Defendants. | CASE NO. C10-05621-SBA<br><br>**AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS; [PROPOSED] ORDER** |

WHEREAS on January 5, 2011, plaintiffs Arlene and Gene Lockhart ("Plaintiffs") filed an Amended Class Action Complaint, Dkt. No. 20 ("Amended Complaint"), against defendants Sprint Nextel Corporation ("SNC"), Sprint Solutions Inc., Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P.;

WHEREAS in reliance upon the Representations set forth in the January 28, 2011 declaration of Scott Andreasen, filed simultaneously herewith, Plaintiffs agree to dismiss Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P. from this action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties that:

Plaintiffs will dismiss, without prejudice, defendants Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P;

Sprint Spectrum, L.P. and Sprint Solutions, Inc. will agree to accept service of the Amended Complaint on behalf of Sprint Spectrum, L.P. and Sprint Solutions, Inc.; and

Sprint Spectrum, L.P. and Sprint Solutions, Inc. agree to respond to the Amended Complaint on or before February 3, 2011.

**IT IS SO STIPULATED.**

Dated: February 8, 2011        MCGUIREWOODS LLP

By: /s/ A. Brooks Gresham
    A. Brooks Gresham
    Attorneys for Defendants SPRINT NEXTEL
    CORPORATION **(special appearance)**,
    SPRINT SOLUTIONS, INC., SPRINT
    SPECTRUM, L.P.

Dated: February 8, 2011        BURSOR & FISHER, P.A.

By: L. Timothy Fisher
    L. Timothy Fisher
    Attorneys for Plaintiffs ARLENE BAISA
    LOCKHART and GENE LOCKHART

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |

DATED: 2/10/11    By: _____
The Honorable Saundra Brown Armstrong
Judge, United States District Court

**CERTIFICATE OF SERVICE**

I, A. Brooks Gresham, certify that on February 8, 2011, the foregoing Amended Stipulation to Dismiss Certain of the Named Defendants; [Proposed] Order was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Attorneys for Plaintiffs:

Alan Roth Plutzik; aplutzik@bramsonplutzik.com
Lawrence Timothy Fisher; ltfisher@bursor.com
Scott A. Bursor; scott@bursor.com

In addition, on February 8, 2011, the following parties without listed NEF email addresses were served copies of the foregoing efiled document via First Class, Postage-Paid U.S. Mail:

Attorneys for Plaintiffs:

Aaron P. Davis, Esq.
Barry L. Davis, Esq.
Thornton Davis & Fein, P.A.
Brickell Bay View Centre, Suite 2900
80 SW Eighth Street
Miami, FL 33130

/s/ A Brooks Gresham.
A. Brooks Gresham