1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARLENE BAISA LOCKHART and GENE LOCKHART, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT SOLUTIONS INC., SPRINT SPECTRUM LP,<br><br>Defendants. | CASE NO. C10-05621-SBA<br><br>**ORDER RE DEFENDANTS SPRINT SPECTRUM, L.P.'S AND SPRINT SOLUTIONS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO VACATE DEADLINES FOR RULE 26 CONFERENCE AND RULE 26 EXCHANGE IN LIGHT OF PENDING MDL PROCEEDINGS** |
|---|---|

29637924.1

1  Having considered Defendants Sprint Spectrum, L.P.'s and Sprint Solutions, Inc.'s Motion
2  For Administrative Relief to Vacate Deadlines for Rule 26 Conference and Rule 26 Exchange in
3  Light Of Pending MDL Proceedings, **IT IS HEREBY ORDERED THAT:**

4  Sprint Spectrum, L.P.'s and Sprint Solutions, Inc.'s Motion for Administrative Relief is
5  GRANTED in light of the Judicial Panel on Multidistrict Litigation proceedings currently pending
6  and scheduled for hearing on March 30, 2011 in San Diego, California.

7  **IT IS FURTHER ORDERED THAT:**

8  (1) the March 1, 2011 deadline to file ADR Certification is vacated;

9  (2) the March 1, 2011 deadline to file either stipulation to ADR Process or Notice of Need
10 for ADR Phone Conference is vacated;

11 (3) the March 1, 2011 deadline to meet and confer re: Initial Disclosures, Early Settlement,
12 ADR Process Selection and Discovery Plan is vacated;

13 (4) the March 15, 2011 deadline to submit Rule 26(f) Report, complete initial disclosures
14 or state objection in Rule 26(f) Report and file Case Management Statement is vacated.

17 DATED: 3/1/11                    By: _/s/ Saundra B. Armstrong_
18                                       Saundra Brown Armstrong
                                         United States District Court Judge

20 Respectfully submitted,

21 DATED: February 24, 2011
   MCGUIREWOODS LLP
22 By /s/ Erika L. Pennington.
23 Erika L. Pennington
   Attorneys for Defendants Sprint Solutions, Inc.
24 and Sprint Spectrum LP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28