UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARLENE BAISA LOCKHART, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SPRINT SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No: C 10-5621 SBA<br><br>**ORDER**<br><br>Dkt. 5, 7, 26, 39, 44 |

Pursuant to the Transfer Order in MDL No. 2228, Dkt. 53, IT IS HEREBY ORDERED THAT Docket Nos. 5, 7, 26, 39 and 44, as well as all other pending matters and deadlines, are terminated in light of fact that this action has been transferred to the United States District Court of New Jersey.

IT IS SO ORDERED.

Dated: August 16, 2011

                                                    _____<br>
                                                    SAUNDRA BROWN ARMSTRONG<br>
                                                    United States District Judge